```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Thomas Sutliffe, et al.</u>

    v.                        Civil No. 06-cv-474-JL

<u>Town of Epping, et al.</u>

<u>ORDER</u>

Re: Document No. 60, Motion to Continue Trial

Ruling: Denied without prejudice. November 4 is ten months away, and the motion to continue contains no indication that the <u>Joubert</u> case is likely to require a trial, or more likely to require a trial than this case. Counsel may re-file the motion after September 15, 2008 if both cases look like they are headed for trial, and can be assured she will receive the desired continuance. If the court has misunderstood the purpose of the motion, or if the November 4 trial date is unsatisfactory to any party or party's counsel for some other reason, either party may move for reconsideration of this order.

                                                <u>/s/ Joseph N. Laplante</u>
                                                Joseph N. Laplante
                                                U.S. District Judge

Date: February 6, 2008

cc:  Benjamin T. King, Esq.
     Charles Douglas, III, Esq.
     Charles Bauer, Esq.
     Daniel Mullen, Esq.
     Diane Gorrow, Esq.